IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:14-CR-25-BR-1

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| v. | ) |
| | ) |
| **James Mitchell Glisson** | ) |

At the direction of the Court, and for the continued efficient administration of justice, the magistrate judge assignment in the above captioned case is hereby assigned to U.S. Magistrate Judge Robert B. Jones, Jr.

SO ORDERED, this 18th day of March 2014

/s/ Julie A. Richards
Clerk of Court