UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-25-BR
No. 4:16-CV-111-BR

| | | |
|---|---|---|
| JAMES MITCHELL GLISSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing §
2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule
5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the
above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days
of the filing of this order.

This 21 June 2016.

_____
W. Earl Britt
Senior U.S. District Judge